UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 863; BOARD OF TRUSTEES OF THE LOCAL UNION NO. 863; I.B. OF T. PENSION FUND; MARGARET CHAVIS; AND EVAN G. SCOTT,<br><br>**Plaintiffs,**<br><br>v.<br><br>SYSCO METRO NEW YORK LLC f/k/a SYSCO FOODS OF METRO NEW YORK LLC; SYSCO CORPORATION; SYSCO CORPORATION RETIREMENT PLAN; JOHN DOES 1-100,<br><br>**Defendants.** | Civil Action No.  18-12884 (WJM)<br><br><br>**ORDER** |

**IT IS** on this 24th day of January 2019,

**ORDERED** that, there shall be an **IN-PERSON** status and settlement conference before the Undersigned on **February 14, 2019, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Courtroom 9, Newark, New Jersey.  In addition to and separate from counsel, the individually named parties and representatives from any corporate party with full settlement authority are required to attend the conference **IN-PERSON**.  Counsel and clients should be prepared to spend the full day in Court; and it is further

**ORDERED** that, each side shall submit a confidential, *ex-parte* settlement statement to the Undersigned, double spaced and not to exceed 10 pages, on or before **February 11, 2019, at 4:00 p.m.**

                                          s/Mark Falk_____
                                          **MARK FALK**
                                          **United States Magistrate Judge**